# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2008 JAN 30  AM 10: 48
THERESA M. OWENS
CLERK US DIST COURT
WD OF WI

---

ELIZABETH J. CREAGER,

Plaintiff,

                                    Case No.  07-C-0501-C

                                    (Formerly Vernon County Circuit
                                    Court Case No.  07-CV-141)

v.

STONEBRIDGE
LIFE INSURANCE COMPANY,

Defendant.

---

## NOTICE OF DISMISSAL

---

      Pursuant to Federal Rule of Civil Procedure 41, the parties, by their counsel, hereby stipulate that this action is dismissed, with prejudice, with each party to bear its own costs.

Dated: 1/28/08

Jeffrey Morris, Attorney for Defendant
Stonebridge Life Insurance Company

Dated: 1/21/08

Stephan A. Rogge, Attorney for Plaintiff
Elizabeth J. Creager

Approved
Barbara B Crabb
Jan. 31, 2008

Copy of this document has been provided to: Atty S
Morris & Rogge
this 31 day of Jan, 2008
by S. Vogel
S. Vogel, Secretary to
Judge Barbara B. Crabb

QBACTIVE\6020289.1